FILED

05/02/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0191

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0191

_____

MATTHEW DANIEL GRIFFIN,

     Petitioner,

     v.

MONTANA EIGHTH JUDICIAL DISTRICT            O R D E R
COURT, CASCADE COUNTY ATTORNEY
JOSHUA RACKI, AND HEATHER SMITH,
MASC ADMINISTRATOR, MISSOULA
ASSESSMENT SANCTION CENTER,

     Respondent.

_____

Matthew Daniel Griffin petitions this Court for habeas corpus relief, contending that the cause of his incarceration is unlawful because the Eighth Judicial District Court revoked his suspended sentence for a compliance violation without requiring exhaustion of appropriate violation responses under the Montana Incentives Intervention Grid (MIIG), in violation of § 46-18-203(8), MCA. Upon review, we deem it appropriate to order a response.

IT IS THEREFORE ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: Tina Henry, Clerk of District Court, Cascade County, under Cause No. DC-10-169; Joshua Racki, Cascade County Attorney; Heather D. Smith, MASC Administrator; counsel of record, and Matthew Daniel Griffin personally.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
May 2 2022